UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20271-Civ-COOKE/WHITE
(09-20587-Cr-COOKE)

ANTWON SMITH,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 4). On August 29, 2014, Judge White issued a Report of Magistrate Judge (ECF No. 5) recommending that Petitioner's Motion to Correct Defendant's Prior Custody Credit 18 U.S.C. § 3585, construed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) be dismissed for lack of jurisdiction because (1) it was improperly filed in this District, and (2) does not allege that he has exhausted his administrative remedies available through the federal prison system.

Petitioner has not filed objections to Judge White's Report of Magistrate Judge and the time to do so has expired.[1] I have considered Judge White's Report of Magistrate Judge, and have made a *de novo* review of the record. I find Judge White's Report of Magistrate Judge clear, cogent, and compelling.

Accordingly, it is **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 5) is **AFFIRMED and ADOPTED** as the Order of this Court. Antwon Smith's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF

---

[1] A copy of the Report of Magistrate Judge was returned as undeliverable. *See* Clerk's Notice, ECF No. 6.

No. 1) is **DISMISSED** *without prejudice* for lack of jurisdiction. The Clerk of Court is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 28th day of October 2014.

                                    /s/ Marcia G. Cooke
MARCIA G. COOKE
United States District Judge


Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Antwon Smith*, pro se
*Counsel of Record*